UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KANDICE WILLIAMS, TOMISHUA                    **ORDER**
MORRISON, DONALD ZIMMERMANN,
KEIA THOMPSON, and TREMAYNE                    25-CV-05021 (PMH)
DALY on behalf of themselves and all others
similarly situated,                                            [Rel. 25-CV-05034 (PMH)
                                                                        25-CV-05040 (PMH)
                                    Plaintiffs,                     25-CV-05198 (PMH)

v.

APEX GLOBAL SOLUTIONS, LLC,

                                    Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        In light of the consolidation of the related cases (Doc. 10) and the filing of the Consolidated

Amended Class Action Complaint (Doc. 17), the Clerk of Court is respectfully directed to

administratively close the following cases:

- *Morrison v. Apex Global Solutions LLC*, 25-CV-05034;

- *Williams v. Apex Global Solutions, LLC*, 25-CV-05040; and

- *Daly v. Apex Global Solutions, LLC*, 25-CV-05198.

                                                            **SO ORDERED:**

Dated:  White Plains, New York
            July 30, 2025
                                                            _____
                                                            Philip M. Halpern
                                                            United States District Judge